IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LITTLE LAGOON PRESERVATION SOCIETY, INC., *et al.*, <br>     Plaintiffs, <br> <br> v. <br> <br> UNITED STATES ARMY CORPS OF ENGINEERS, <br>     Defendant, <br> <br> and <br> <br> THE ERIE HALL MEYER CHARITABLE FUND, INC. <br>     Intervenor/Defendant. | ) <br> ) <br> ) <br> ) <br> )  CIVIL ACTION 06-0587-WS-C <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered on this date, granting defendants' Motions for Summary Judgment (docs. 49, 51) and denying plaintiffs' Motion for Summary Judgment and for Permanent Injunction (doc. 34), it is **ordered, adjudged and decreed** that judgment be, and the same hereby is, entered in favor of defendants, United States Army Corps of Engineers and The Erie Hall Meyer Charitable Fund, Inc., and against plaintiffs, Little Lagoon Preservation Society, Inc., Frances G. West and Henry Bernard Gass.  It is further **ordered, adjudged and decreed** this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 29th day of August, 2008.

                                              s/ WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE